IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARNELL MITCHELL,

    Plaintiff,

v.                                       Civil Action No. 3:16CV291

CORPORAL HAMID, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 10, 2016, the Court conditionally docketed this action. On June 21, 2016, the United States Postal Service returned the June 10, 2016 Memorandum Order to the Court marked, "NOT HERE RETURN TO SENDER." Since that date, Darnell Mitchell has not contacted the Court to provide a current address. Mitchell's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Mitchell.

                                              /s/ REP
                                    Robert E. Payne
Date: August 23, 2016       Senior United States District Judge
Richmond, Virginia